## Marschner Unemployment Compensation Case.

Argued December 13, 1967. *Walter G. Marschner*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *William C. Sennett*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

## Miller *v.* Beck, Appellant.

Argued December 14, 1967. *Wallace C. Worth, Jr.*, for appellant; *James M. Potter*, with him *Robert H. Jordan*, and *Liever, Hyman & Potter*, for appellee.

Judgment affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

## Monastero, Appellant, *v.* Byrd.

Argued December 14, 1967. *E. William Heuser*, with him *Jonathan DeYoung*, and *Torak & DeYoung*, for appellant; *William H. Pugh, IV*, for appellee.

Judgment affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.